No. 9, original. NEBRASKA *v.* WYOMING ET AL. May 2, 1938. After argument on the motion of the United States for leave to intervene and on the objections of the several States thereto, it was ordered that a proposed form of order be prepared by counsel and submitted for the consideration of the Court.

No. 215. TAX COMMISSION *v.* WILBUR ET AL., CO-TRUS-TEES. Argued January 6, 1938. Decided May 16, 1938. *Per Curiam:* The writ of certiorari is dismissed as it appears upon argument that the judgment sought to be reviewed rests upon a non-federal ground adequate to support it. *Cuyahoga Power Co.* v. *Northern Realty Co.,* 244 U. S. 300, 303, 304; *Knights of Pythias* v. *Meyer,* 265 U. S. 30, 32, 33; *Lynch* v. *New York,* 293 U. S. 52, 54, 55. *Messrs. A. F. O'Neil,* First Assistant Attorney General of Ohio, and *Will P. Stephenson,* with whom *Messrs. Herbert S. Duffy,* Attorney General of Ohio, and *W. H. Middleton, Jr.* were on the brief, for petitioner. *Mr. Edwin H. Chaney,* with whom *Messrs. Harold T. Clark, Atlee Pomerene,* and *Howard L. Barkdull* were on the brief, for respondents. By leave of Court, *Mr. Mortimer M. Kassell* filed a brief on behalf of the Tax Commission of the State of New York, as *amicus curiae,* in support of the petitioner.